UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MATTHEW RINCONES,

       Petitioner,            Case No. 1:09-cv-833

v.                                     Honorable Gordon J. Quist

LLOYD RAPELJE,

       Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated: September 30, 2009         /s/ Gordon J. Quist
                                              Gordon J. Quist
                                              United States District Judge