UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MATTHEW RINCONES,

        Petitioner,         Case No. 1:09-cv-833

v.         Honorable Gordon J. Quist

LLOYD RAPELJE,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated: September 30, 2009         /s/ Gordon J. Quist
        Gordon J. Quist
        United States District Judge